**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 25, 2015.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-15-00490-CV

---

**JAMES P. DOYLE, Appellant**

**V.**

**HOME STATE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2013-43922**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 2, 2015. On June 12, 2015, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.